UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES FAIRCLOTH

          Plaintiff(s),

    v.

FIRST NATIONAL INSURANCE
COMPANY OF AMERICA

          Defendant(s).

CASE NO. 3:14-CV-00599

STIPULATION AND
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    ✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: April 17, 2014

_____
Attorney for Plaintiff

Dated: April 17, 2014

_____
Attorney for Defendant

## ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
      Non-binding Arbitration
      Early Neutral Evaluation (ENE)
✓    Mediation
      Private ADR

Deadline for ADR session
✓    90 days from the date of this order.
      other

IT IS SO ORDERED.

Dated: 4/18/2014

_Saundra B. Armstrong_
Saundra Brown Armstrong
UNITED STATES DISTRICT JUDGE

Seth W, Wiener, California State Bar No. 203747
LAW OFFICES OF SETH W. WIENER
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607

Attorneys for Plaintiff
James Faircloth

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAIRCLOTH,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA, and DOES 1 THROUGH 20, inclusive,<br><br>　　　　　　Defendants. | Case No.: 3:14-CV-00599<br><br>**PROOF OF SERVICE** |

I, Seth W. Wiener, declare:

I am employed in Contra Costa County, California. I am over eighteen years of age and not a party to this action. My business address is 609 Karina Court, San Ramon, CA 94582. On April 17, 2014, I served a true and correct copy of the following document(s):

STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS

on the following parties:

Kevin G. McCurdy, Meredith Parks
McCurdy Fuller Ruettgers LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025

X ELECTRONICALLY: I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and served was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Proof of Service was executed on April 17, 2014, at San Ramon, California.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Seth W. Wiener

Joint Case Management Conference Statement
PAGE 1