Seth W, Wiener, California State Bar No. 203747
LAW OFFICES OF SETH W. WIENER
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607

Attorneys for Plaintiff
James Faircloth

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAIRCLOTH,<br><br>              Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA, and DOES 1 THROUGH 20, inclusive,<br><br>              Defendants. | Case No.: 3:14-CV-00599<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF JAMES FAIRCLOTH'S ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>[CIV. L.R. 7-11] |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

The Court having review Plaintiff James Faircloth's Administrative Motion to Continue the Case Management Conference from May 14, 2014, at 3:00 p.m. to June 18, 2014, at 3:00 p.m., and good cause appearing, the Court hereby orders that the Case Management Conference in this action is continued to 6/19/2014, at 3:00 p.m. The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than seven (7) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 879-3550 at the above indicated date and time. IT IS SO ORDERED.

Dated:  4/30/2014

_____
Saundra Brown Armstrong
U.S. District Judge

Order
PAGE 1