KEVIN G. McCURDY (SBN 115083)
MEREDITH G. PARKS (SBN 253354)
McCURDY FULLER RUETTGERS LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone:  (650) 618-3500
Facsimile:  (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
E-mail: meredith.parks@mccurdylawyers.com

Attorneys for Defendant
FIRST NATIONAL INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAIRCLOTH, an individual<br><br>Plaintiff,<br><br>v.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA, and DOES 1 THROUGH 20, inclusive,<br><br>Defendants. | CASE NO. 14-cv-00599-SBA<br><br>**STIPULATION AND ORDER TO CONTINUE ADR LOCAL RULE 6 MEDIATION DEADLINE**<br><br>[ADR Local Rule 6-5]<br><br>Hon. Saundra B. Armstrong<br><br>Complaint Filed: January 8, 2014 |

Pursuant to the Court's order on the parties' stipulation selecting an ADR process, dated April 18, 2014, this matter was referred to ADR Local Rule 6 mediation with a July 18, 2014 deadline to complete the ADR session. (Docket No. 14.)  The Court appointed Andre Hassid as the mediator. (Docket No. 18.)

On June 11, 2014, counsel for the parties to this action participated in a telephone conference with panel mediator Mr. Hassid.  During the conference, the parties agreed that more time is needed prepare for a meaningful mediation.  In particular, more time is needed for the parties to complete testing of the premises and gather and review documents in advance of the mediation.

Accordingly, the parties to this action, plaintiff James Faircloth and defendant First National Insurance Company of America, by and through their respective counsel of record, hereby agree and stipulate as follows:

53232

- 1 -

**Stipulation and [Proposed] Order To Continue ADR Deadline**

1    The deadline for the parties to conduct ADR Local Rule 6 mediation may be continued
2    from July 18, 2014 to September 30, 2014.
3    IT IS SO STIPULATED.

4    Dated: June 12, 2014                                    LAW OFFICES OF SETH W. WIENER

6    */s/ Seth W. Werner*
     SETH W. WIENER
7    Attorneys for Plaintiff JAMES FAIRCLOTH

8    Dated: June 12, 2014                                    McCURDY FULLER RUETTGERS LLP

10   */s/ Meredith G. Parks*
     MEREDITH G. PARKS
11   Attorneys for Defendant FIRST NATIONAL
     INSURANCE COMPANY OF AMERICA

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The deadline for the parties in this matter to conduct ADR Local Rule 6 mediation is continued from July 18, 2014 to September 30, 2014.

Dated: 6/16/2014

*[signature]*
UNITED STATES DISTRICT COURT JUDGE

53232

- 2 -

**Stipulation and [Proposed] Order To Continue ADR Deadline**